1  ANDREW D. HEROLD, ESQ.
   Nevada Bar No. 7378
2  JOSHUA A. ZLOTLOW, ESQ.
   Nevada Bar No. 11333
3  HEROLD & SAGER
4  3960 Howard Hughes Parkway, Suite 500
   Las Vegas, NV  89169
5  Telephone:  (702) 990-3624
   Facsimile:  (702) 990-3835
6  aherold@heroldsagerlaw.com
7  jzlotlow@heroldsagerlaw.com

8  Attorneys for Defendant LEXINGTON INSURANCE COMPANY

9

10                  **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12  CENTEX HOMES, a Nevada general          CASE NO.       2:15-CV-01196-RFB-PAL
    partnership,
13
                                            **STIPULATION TO EXTEND TIME TO**
14           Plaintiff,                     **FILE AN ANSWER TO INITIAL**
                                            **COMPLAINT (FIRST REQUEST)**
15       v.

16  NAVIGATORS SPECIALTY INSURANCE
    COMPANY, a New York corporation;        Complaint served:      September 14, 2015
17  EVEREST NATIONAL INSURANCE              Current response date:  October 5, 2015
    COMPANY, a Delaware corporation;        New response date:     October 19, 2015
18  INTERSTATE FIRE & CASUALTY
19  COMPANY, an Illinois corporation;
    LEXINGTON INSURANCE COMPANY, a
20  Delaware corporation; FIRST SPECIALTY
    INSURANCE COMPANY, a Missouri
21  corporation; and CERTAIN
22  UNDERWRITERS AT LLOYDS OF
    LONDON, a foreign syndicate of insurers; ST.
23  PAUL FIRE AND MARINE INSURANCE
    COMPANY, a Connecticut corporation, ,
24
             Defendants.
25

26

27  ///

28  ///

                                        1
   STIPULATION TO EXTEND TIME TO FILE AN ANSWER          2:15-CV-01196-RFB-PAL

1   Plaintiff CENTEX HOMES and Defendant LEXINGTON INSURANCE COMPANY

2   (""Lexington"), hereby submit the following Stipulation to Extend Time to File and Answer to

3   Initial Complaint in the above-captioned action.

4   WHEREAS, Plaintiff filed a Complaint on September 9, 2015 ("Complaint"), in the United

5   State District Court, District of Nevada as Case Number 2:15-cv-01196-RFB-PAL naming

6   LEXINGTON INSURANCE COMPANY as a defendant;

7   WHEREAS, on or about September 14, 2015, Plaintiff served Lexington with the complaint

8   through the State of Nevada Department of Business and Industry, Division of Insurance;

9   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's

10   deadline to respond to the Complaint in this action is October 5, 2015;

11   WHEREAS, the parties have agreed to extend the time for Defendant to file an Answer to

12   the Complaint until October 19, 2015;

13   NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of

14   record, hereby stipulate to allow for an extension of time for Defendant to file an answer to the

15   Complaint by October 19, 2015.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

STIPULATION TO EXTEND TIME TO FILE AN ANSWER                    2:15-CV-01196-RFB-PAL

DATED: September 30, 2015             PAYNE & FEARS LLP


                                      By:      /s/ Sarah J. Odia
                                      SCOTT S. THOMAS, ESQ.
                                      Nevada Bar No. 7937
                                      SARAH J. ODIA, ESQ.
                                      Nevada Bar No. 11053
                                      7251 W. Lake Mead Blvd., Suite 525
                                      Las Vegas, Nevada 89128
                                      (702) 851-0300
                                      (702) 851-0315 fax
                                      sst@paynefears.com
                                      sjo@paynefears.com
                                      Attorneys for Plaintiff CENTEX HOMES



DATED: September 30, 2015             HEROLD & SAGER



                                      By:
                                      ANDREW D. HEROLD, ESQ.
                                      Nevada Bar No. 7378
                                      JOSHUA A. ZLOTLOW, ESQ.
                                      Nevada Bar No. 11333
                                      3960 Howard Hughes Parkway, Suite 500
                                      Las Vegas, NV  89169
                                      (702) 990-3500
                                      (702) 990-3835 fax
                                      aherold@heroldsagerlaw.com
                                      jzlotlow@heroldsagerlaw.com
                                      Attorneys for Defendant LEXINGTON
                                      INSURANCE COMPANY


**IT IS SO ORDERED.**
   **IT IS FURTHER ORDERED** that counsel shall comply with the requirements of LR
6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions
in any future application for relief from this court.

   DATED this 8th day of October, 2015.

                                      Peggy A. Leen
                                      United States Magistrate Judge

STIPULATION TO EXTEND TIME TO FILE AN ANSWER              2:15-CV-01196-RFB-PAL