1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   7251 W. Lake Mead Blvd., Suite 525
4  Las Vegas, Nevada 89128
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No. 2:15-cv-01196-RFB-PAL |
| Plaintiff, | **JOINT STATUS REPORT REGARDING CASE SETTLEMENT** |
| v. | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, | |
| Defendants. | |

Plaintiff, CENTEX HOMES ("Centex") and Defendants, ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul"), INTERSTATE FIRE & CASUALTY CO. ("Interstate"), and FIRST SPECIALTY INSURANCE CORPORATION ("First Specialty") hereby submit this joint status report pursuant to the Court's February 9, 2016 order (Doc. 41) indicating the status of the parties' settlement negotiations and when dismissals will be filed.

1  The parties are pleased to inform the court that Centex has settled its claims against all of the defendants except for Everest National Insurance Company ("Everest"). A dismissal of defendant, Navigators Specialty Insurance Company was filed on March 8, 2016 (Doc. 43). Plaintiff and the remaining settling defendants are working to finalize their respective settlement agreements and fund their settlements. Stipulations to dismiss the remaining settling defendants, with prejudice, will be filed no later than **April 20, 2016**. Centex is hopeful that it can resolve its claims against Everest in the near future.

DATED this 9th day of March, 2016.

MORALES, FIERRO & REEVES

By: /s/ Ramiro Morales_____
   Ramiro Morales, NV Bar No. 7101
   3800 Howard Hughes Pkwy., 17th Floor
   Las Vegas, Nevada 89169

Attorneys for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED this 9th day of March, 2016.

PAYNE & FEARS LLP

By: /s/ Scott S. Thomas_____
   Scott S. Thomas, NV Bar No. 7937
   Sarah J. Odia, NV Bar No. 11053
   7251 W. Lake Mead Blvd, Suite 525
   Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

DATED this 9th day of March, 2016.

GRAD LAW FIRM

By: /s/ Laleaque Grad_____
   Laleaque Grad, NV Bar No. 8475
   8275 South Eastern Ave., Ste. 300
   Las Vegas, Nevada 89123

Attorneys for Defendant FIRST SPECIALTY INSURANCE CORPORATION

DATED this 9th day of March, 2016.

ALVERSON TAYLOR MORTENSEN & SANDERS

By: /s/ Karie N. Wilson_____
   Karie N. Wilson, NV Bar No. 7957
   7401 W. Charleston Blvd
   Las Vegas, Nevada 89117

Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY

4845-3884-2414.1

**IT IS ORDERED** that the parties shall have until April 20, 2016, to file their stipulation to dismiss.

Dated: March 10, 2016

_____
Peggy A. Leen
United States Magistrate Judge