Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST NAVIGATORS SPECIALTY INSURANCE COMPANY** |

Plaintiff Centex Homes' (hereinafter "Centex") hereby dismisses, with prejudice, its Complaint against defendant Navigators Specialty Insurance Company in its entirety, with each party to bear its own fees and costs.

DATED: March 8, 2016                    PAYNE & FEARS LLP


                                        By    */s/ Scott S. Thomas*
                                              SCOTT S. THOMAS
                                              SARAH J. ODIA
                                              7251 W. Lake Mead Blvd., Suite 525
                                              Las Vegas, NV 89128
                                              Telephone: (702) 851-0300
                                              Facsimile: (702) 851-0315

                                        Attorneys for Plaintiff CENTEX HOMES


**ORDER**

IT IS SO ORDERED.

Dated: March 15, 2016.

                                        _____
                                        RICHARD F. BOULWARE, II
                                        United States District Judge

4852-6268-7534.1