Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CENTEX HOMES ("Centex") and Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") by and through their respective counsel of record, to dismiss **with prejudice**, Centex's operative complaint against St. Paul, and each and every cause of action or claim for damage therein, with each party to bear its own fees and costs.

DATED this 19th day of April, 2016.

MORALES, FIERRO & REEVES

By: */s/ Ramiro Morales*
    Ramiro Morales, NV Bar No. 7101
    3800 Howard Hughes Pkwy., 17th Floor
    Las Vegas, Nevada 89169

Attorneys for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED this 19th day of April, 2016.

PAYNE & FEARS LLP

By: */s/ Scott S. Thomas*
    Scott S. Thomas, NV Bar No. 7937
    Sarah J. Odia, NV Bar No. 11053
    7251 W. Lake Mead Blvd, Suite 525
    Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

**ORDER**

Based upon the foregoing Stipulation of the parties hereto,

IT IS HEREBY ORDERED that Centex's operative complaint, and each and every cause of action or claim for injury and/or damage therein, be dismissed against ST. PAUL FIRE AND MARINE INSURANCE COMPANY, only, **with prejudice**, with each party to bear their own fees and costs.

DATED this 21st day of April 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge