Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>           Plaintiff,<br><br>    v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>           Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**STATUS REPORT REGARDING CASE SETTLEMENT AND DISMISSAL** |

     Plaintiff, CENTEX HOMES ("Centex") hereby submits this status report regarding settlements and dismissals pursuant to the March 11, 2016 stipulation and order to file stipulations to dismiss the settling defendants by April 20, 2016. **Centex has now resolved its claims with all of the Defendants**.

     An order dismissing Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY

PAYNE & FEARS LLP<br>ATTORNEYS AT LAW<br>7251 W. LAKE MEAD BLVD., SUITE 525<br>LAS VEGAS, NEVADA 89128<br>(702) 851-0300

1   with prejudice was entered on March 15, 2016 (Doc. 46).  On April 19, 2016, Centex filed

2   stipulations for dismissal of Defendants ST. PAUL FIRE AND MARINE INSURANCE

3   COMPANY and FIRST SPECIALTY INSURANCE CORPORATION, and a dismissal without

4   prejudice of EVEREST NATIONAL INSURANCE COMPANY.  (Docs. 49, 48, and 51).

5          Centex is still finalizing settlement agreements and/or awaiting settlement payments from

6   Defendants  INTERSTATE FIRE & CASUALTY CO., UNDERWRITERS AT LLOYD'S

7   LONDON, and LEXINGTON INSURANCE COMPANY.  Centex requests an additional forty-

8   five (45) days to finalize these settlements and receive settlement payments.  Centex will file

9   stipulations dismissing the remaining three defendants by **June 4, 2016**.

10  DATED:  April 20, 2016                           PAYNE & FEARS  LLP

11

12                                                          By      */s/ Sarah J. Odia*

13                                                                   SCOTT S. THOMAS
                                                                     SARAH J. ODIA
14                                                                   7251 W. Lake Mead Blvd., Suite 525
                                                                     Las Vegas, NV 89128
15                                                                   Telephone: (702) 851-0300
                                                                     Facsimile: (702) 851-0315
16

17                                                                   Attorneys for Plaintiff CENTEX HOMES

18

19

20  **IT IS SO ORDERED** this 25th day of
    April, 2016.
21

22

23  Peggy A. Leen

24  United States Magistrate Judge

25

26

27

28