Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF INTERSTATE FIRE & CASUALTY COMPANY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CENTEX HOMES ("Centex") and Defendant INTERSTATE FIRE & CASUALTY COMPANY ("Interstate") by and through their respective counsel of record, to dismiss **with prejudice**, Centex's operative complaint against Interstate, and each and every cause of action or claim for damage therein, with each party to bear its own fees and costs.

DATED this 12th day of May, 2016.

ALVERSON TAYLOR MORTENSEN & SANDERS

By: /s/ Karie N. Wilson
Bruce Alverson, NV Bar No. 1339
Karie N. Wilson, NV Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117

Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY

DATED this 31st day of May, 2016.

PAYNE & FEARS LLP

By: /s/
Scott S. Thomas, NV Bar No. 7937
Sarah J. Odia, NV Bar No. 11053
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

## ORDER

Based upon the foregoing Stipulation of the parties hereto,

IT IS HEREBY ORDERED that Centex's operative complaint, and each and every cause of action or claim for injury and/or damage therein, be dismissed against INTERSTATE FIRE & CASUALTY COMPANY, only, **with prejudice**, with each party to bear their own fees and costs.

DATED this 7th day of June 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

4828-4334-2897.1