Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF UNDERWRITERS AT LLOYDS LONDON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CENTEX HOMES ("Centex") and Defendant UNDERWRITERS AT LLOYDS LONDON ("Lloyds") by and through their respective counsel of record, to dismiss **with prejudice**, Centex's operative complaint against Lloyds, and each and every cause of action or claim for damage therein, with each party to bear its own fees and costs.

DATED this 31 day of May, 2016.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: /s/ John Skalak
    John Skalak, NV Bar No. 4385
    300 South Fourth St., 11th Fl.
    Las Vegas, Nevada 89101-6014

Attorneys for Defendant UNDERWRITERS AT LLOYDS LONDON

DATED this 31 day of May, 2016.

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia
    Scott S. Thomas, NV Bar No. 7937
    Sarah J. Odia, NV Bar No. 11053
    7251 W. Lake Mead Blvd, Suite 525
    Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

## ORDER

Based upon the foregoing Stipulation of the parties hereto,

IT IS SO ORDERED: that Centex's operative complaint, and each and every cause of action or claim for injury and/or damage therein, be dismissed against UNDERWRITERS AT LLOYDS LONDON, only, **with prejudice**, with each party to bear their own fees and costs.

Dated this 7th day of June, 2016.

RICHARD F. BOULWARE, II
United States District Judge

4831-4839-1986.1