Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>         Plaintiff,<br><br>    v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and UNDERWRITERS AT LLOYDS LONDON, a foreign syndicate of insurers; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>         Defendants. | Case No. 2:15-cv-01196-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF LEXINGTON INSURANCE COMPANY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") by and through their respective counsel of record, to dismiss **with prejudice**, Centex's operative complaint against Lexington, and each and every cause of action or claim for damage therein, with each party to bear its own fees and costs.

DATED this 1st day of June, 2016.

HEROLD & SAGER

By: /s/ Joshua Zlotlow
    Andrew Herold, NV Bar No. 7378
    Joshua Zlotlow, NV Bar No. 11333
    550 Second Street, Ste. 200
    Encinitas, CA 92024

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

DATED this 1st day of June, 2016.

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia
    Scott S. Thomas, NV Bar No. 7937
    Sarah J. Odia, NV Bar No. 11053
    7251 W. Lake Mead Blvd, Suite 525
    Las Vegas, Nevada 89128

Attorneys for Plaintiff CENTEX HOMES

## **ORDER**

Based upon the foregoing stipulation of the parties hereto,

IT IS SO ORDERED: that Centex's operative complaint, and each and every cause of action or claim for injury and/or damage therein, be dismissed against LEXINGTON INSURANCE COMPANY only, **with prejudice**, with each party to bear their own fees and costs.

DATED:  June 7, 2016.

                                        RICHARD F. BOULWARE, II
                                        United States District Judge

4849-7868-1394.1